# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3292
_____

COREY BLANTON,

Petitioner,

v.

JENNIFER BLANTON,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

May 19, 2026

PER CURIAM.

DISMISSED as moot.

ROBERTS, LONG, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Corey Blanton, pro se, Petitioner.

Jennifer Blanton, pro se, Respondent.